UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| MICHAEL L. SCOTT and<br>LINDA A. LARKIN,<br><br>    Plaintiffs,<br><br>V.<br><br>FIRST SOUTHERN NATIONAL BANK,<br><br>    Defendant. | CIVIL ACTION NO. 5:16-281-KKC<br><br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the order entered contemporaneously, the Court **HEREBY ORDERS** and **ADJUDGES** as follows:

(1) Defendant's motion for summary judgment (DE 66) is **GRANTED** in full;

(2) Plaintiffs' cross-motion for partial summary judgment (DE 78) is **DENIED**;

(3) This matter is **DISMISSED AND STRICKEN** from the active docket; and

(4) This judgment is **FINAL** and **APPEALABLE**.

Dated September 24, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY